FILED: October 4, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-6447

(1:12-cv-00689-WDQ)

_____

CARLOS ORTIZ

      Petitioner - Appellant

v.

UNITED STATES OF AMERICA

      Respondent - Appellee

_____

O R D E R

_____

The court grants leave to proceed in forma pauperis.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk